

# Fourth Court of Appeals
## San Antonio, Texas

June 9, 2021

No. 04-21-00180-CR

**IN RE** Martin **BALLEZA**, Relator

Original Proceeding[1]

**ORDER**

The petition for writ of mandamus is DENIED.

It is so **ORDERED** on June 9, 2021.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of June, 2021.

_____
Michael A. Cruz, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2017CR12645, styled *State v. Balleza*, pending in the 399th Judicial District Court, Bexar County, Texas, the Honorable Frank J. Castro presiding.